BERTHA M. TOBIN v. DANIEL C. WOOLLEY, as Administrator, etc., of JOHANNA WOOLLEY, Deceased. PATRICK TOBIN and WILLIAM TOBIN, Appellants.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MARGARET L. DONAHUE, as Committee of the Estate of PETER J. DONAHUE, Incompetent, v. HELEN R. MALONEY, Impleaded, etc.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CONSTANTINE GILLIO v. P. E. GUERIN, INC.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SHERWOOD AUTOMOBILE CORPORATION v. THE CENTURY INSURANCE COMPANY, LIMITED.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

BELMONT HUGHES REALTY CORPORATION v. STEPHEN H. JACKSON.— Motion denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

DAVID ELKIN v. DAVID HOROWITZ and Others, Impleaded with ABRAHAM WEISBEIN.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HARRY J. SUSSKIND, as Administrator, etc., of JOSEPH A. SUSSKIND, Deceased, v. SAMUEL D. DAVIS, Also Known as SAM D. DAVIS and DAYROCK CONSTRUCTION COMPANY.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MANUFACTURERS CREDIT UNION v. ROBERT SCHWERTER and THE ROBERT SCHWERTER, INC.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HARBERT TRADING CORPORATION, a New York State Corporation, v. JANE SCHACHTER, LENA WARSHAVSKY and THE PEOPLE OF THE STATE OF NEW YORK. — Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ROSE JUSTER, Respondent, v. DUCO REALTY CORPORATION and Others, Appellants. PARK MERCANTILE CO., INC., and Others, Respondents, and THE PEOPLE OF THE STATE OF NEW YORK and Others, Defendants. ABRAHAM DUCORSKY and Others, Appellants, v. MYER HURWITZ and Others, Respondents.— Judgment modified so that an accounting may be had of the rents collected under the assignment, and as so modified affirmed, with costs to the respondents. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SAMUEL L. DOBKIN, Appellant, v. OLGA I. HOPPE, Respondent.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of ALFRED L. CAMPBELL, Petitioner, against EDWARD J. FLYNN, Secretary of State, etc., and Another, Respondents.— Order of certiorari dismissed and determination confirmed, with fifty dollars costs and disbursements to the respondents. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SAMUEL FROST, Respondent, v. JACOB LEHRER, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.